1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

8
PHAIRAT UDOMSILPA,                          )
                                             )
9
                    Plaintiff,               )          Case No.  2:11-cv-01657-KJD-GWF
                                             )
10
vs.                                          )          **ORDER**
                                             )
11
RALPHS GROCERY COMPANY dba FOOD              )
4 LESS,                                      )
12
                                             )
                    Defendants.              )
13
_____          )

14
        This matter is before the Court on the parties' failure to file a Joint Status Report.  The

15
Minutes of the Court dated October 13, 2011, required the parties to file a Joint Status Report

16
regarding removed action no later than November 15, 2011.  To date the parties have not complied.

17
Accordingly,

18
        **IT IS ORDERED** counsel for the parties shall file a Joint Status Report no later than

19
**December 2, 2011,** which must:

20
        1.      Set forth the status of this action, including a list of any pending motions and/or

21
                other matters which require the attention of this court.

22
        2.      Include a statement by counsel of action required to be taken by this court.

23
        3.      Include as attachments copies of any pending motions, responses and replies thereto

24
                and/or any other matters requiring the court's attention not previously attached to the

25
                notice of removal.

26
. . .

27
. . .

28
. . .

1  Failure to comply may result in the issuance of an order to show cause why sanctions should not be

2  imposed.

3      DATED this 22nd day of November, 2011.

4

5

   _____
6  GEORGE FOLEY, JR.
   United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28