UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PHAIRAT UDOMSILPA,<br><br>        Plaintiff,<br><br>vs.<br><br>RALPHS GROCERY COMPANY dba FOOD 4 LESS,<br><br>        Defendants. | Case No.  2:11-cv-01657-APG-GWF<br><br>**ORDER** |

      This matter is before the Court on the correspondence received from Alexandra McLeod on May 31, 2013, wherein the court was advised that this matter had been settled, and that the parties were in the process of finalizing a settlement agreement.  To date the parties have not filed dismissal papers.  Accordingly,

      **IT IS ORDERED** counsel for the parties shall file a status report  by **July 24, 2013** advising the Court of the status of the settlement.

      DATED this 15th day of July, 2013.

                                          _____<br>
                                          GEORGE FOLEY, JR.<br>
                                          United States Magistrate Judge