Alexandra B. M<sup>c</sup>Leod
Nevada Bar No. 8185
amcleod@bvrclaw.com
BRADY, VORWERCK, RYDER & CASPINO
2795 East Desert Inn Road, Suite 200
Las Vegas, Nevada 89121
Tel:   (702) 697-6500
Fax:   (702) 697-6505

Attorneys for Defendant, RALPHS GROCERY COMPANY dba FOOD 4 LESS

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PHAIRAT UDOMSILPA,<br><br>   Plaintiff,<br><br>   v.<br><br>RALPHS GROCERY COMPANY dba FOOD 4 LESS, a Foreign Corporation; and DOES I through X and ROE CORPORATIONS XI through XX,<br><br>   Defendants. | Case No. 2:11-cv-01657-APG-GWF<br><br>**AMENDED STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between counsel for their respective parties: that the complaint in the above-entitled case be dismissed with prejudice; that the Trial scheduled for August 19, 2013 and Calendar Call on August

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

1
Amended Stipulation and Order for Dismissal

13, 2013 be vacated; and, that the parties will bear their respective costs, including any possible attorneys' fees or other expenses of this litigation.

DATED: September 4, 2013   BRADY, VORWERCK, RYDER & CASPINO

By /s/ Alexandra B. McLeod
ALEXANDRA B. M<sup>c</sup>LEOD
Nevada Bar No. 8185
2795 East Desert Inn Road, Suite 200
Las Vegas, Nevada 89121
Attorneys for Defendant, RALPHS GROCERY COMPANY d/b/a FOOD 4 LESS

DATED: September 4th, 2013   NAIMI & DILBECK, CHTD.

By     /s/ J. Scott Dilbeck
J. SCOTT DILBECK
Nevada Bar No. 10565
5495 S. Rainbow Blvd., Suite 202-C
Las Vegas, Nevada 89118
Attorneys for Plaintiff,
PHAIRAT UDOMSILPA

### ORDER

IT IS SO ORDERED that the above entitled case is dismissed with prejudice.

DATED this 4th day of September, 2013.

_____
UNITED STATES DISTRICT JUDGE

Submitted by,

BRADY, VORWERCK, RYDER & CASPINO

By: _____
ALEXANDRA B. M<sup>c</sup>LEOD, ESQ.
Nevada Bar No. 8185
2795 East Desert Inn Road, Suite 200
Las Vegas, Nevada 89121
Attorney for Defendant

2
Amended Stipulation and Order for Dismissal