1  Alexandra B. M<sup>c</sup>Leod
   Nevada Bar No. 8185
2  amcleod@bvrclaw.com
   BRADY, VORWERCK, RYDER & CASPINO
3  2795 East Desert Inn Road, Suite 200
   Las Vegas, Nevada 89121
4  Tel:   (702) 697-6500
   Fax:   (702) 697-6505
5
   Attorneys for Defendant, RALPHS GROCERY
6  COMPANY dba FOOD 4 LESS

7

8              UNITED STATES DISTRICT COURT

9                   DISTRICT OF NEVADA

10

11 | PHAIRAT UDOMSILPA,                                    | Case No. 2:11-cv-01657-APG-GWF

12 |        Plaintiff,                                     | **AMENDED STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

13 |   v.

14 | RALPHS GROCERY COMPANY dba FOOD 4
   | LESS, a Foreign Corporation; and DOES I
15 | through X and ROE CORPORATIONS XI
   | through XX,
16
   |        Defendants.
17

18       IT IS HEREBY STIPULATED AND AGREED by and between counsel for their

19 respective parties: that the complaint in the above-entitled case be dismissed with

20 prejudice; that the Trial scheduled for August 19, 2013 and Calendar Call on August

21 . . .

22 . . .

23 . . .

24 . . .

25 . . .

26 . . .

27 . . .

28 . . .

13, 2013 be vacated; and, that the parties will bear their respective costs, including any possible attorneys' fees or other expenses of this litigation.

DATED: September  4 , 2013    BRADY, VORWERCK, RYDER & CASPINO

By: _____
ALEXANDRA B. M<sup>c</sup>LEOD
Nevada Bar No. 8185
2795 East Desert Inn Road, Suite 200
Las Vegas, Nevada 89121
Attorneys for Defendant, RALPHS GROCERY COMPANY d/b/a FOOD 4 LESS

DATED: September  4th , 2013   NAIMI & DILBECK, CHTD.

By   /s/ J. Scott Dilbeck
J. SCOTT DILBECK
Nevada Bar No. 10565
5495 S. Rainbow Blvd., Suite 202-C
Las Vegas, Nevada 89118
Attorneys for Plaintiff,
PHAIRAT UDOMSILPA

## ORDER

IT IS SO ORDERED that the above entitled case is dismissed with prejudice.

DATED this 4th day of September, 2013.

_____
UNITED STATES DISTRICT JUDGE

Submitted by,

BRADY, VORWERCK, RYDER & CASPINO

By: _____
ALEXANDRA B. M<sup>c</sup>LEOD, ESQ.
Nevada Bar No. 8185
2795 East Desert Inn Road, Suite 200
Las Vegas, Nevada 89121
Attorney for Defendant